# TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court **Southern District of Mississippi**    District Court Docket No. **3:25-cv-00417-HTW-LGI**

Short Case Title **Jackson Federation of Teachers, et al. v. Fitch, et al.**

**ONLY ONE COURT REPORTER PER FORM** Court Reporter **Candice Crane**

Date Notice of Appeal Filed in the District Court **9/16/25**    Court of Appeals No. **25-60496**

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing ___ ☐ Voir Dire ___
☐ Opening Statement of Plaintiff ___ ☐ Opening Statement of Defendant ___
☐ Closing Argument of Plaintiff ___ ☐ Closing Argument of Defendant: ___
☐ Opinion of court ___ ☐ Jury Instructions ___ ☐ Sentencing ___

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 8/5/25 | Evidentiary Hearing - Plaintiffs' Motion for Preliminary Injunction - Day 1 | Judge Henry Wingate |
| 8/6/25 | Evidentiary Hearing - Plaintiffs' Motion for Preliminary Injunction - Day 2 | Judge Henry Wingate |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;    ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;    ☐ Advance Payment Waived by Reporter;    ☐ U.S. Government Funds
■ Other    **Check from Mississippi Attorney General's Office**

Signature **s/Rex M. Shannon III**    Date Transcript Ordered **9/22/25**

Print Name **Rex M. Shannon III**    Phone **601-359-4184**

Counsel for **Defendants/Appellants Lynn Fitch, et al.**

Address **Mississippi Attorney General's Office, P.O. Box 220, Jackson, MS, 39205-0220**

Email of Attorney: **rex.shannon@ago.ms.gov**

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| 9/22/25 | 9/22/25 | 10/22/25 | 275 |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) ___

Date **9/22/25**    Signature of Reporter **Candice Crane**    Tel **601-608-4187**
Email of Reporter **Candice_Crane@mssd.uscourts.gov**

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages ___    Actual Number of Volumes ___

Date ___    Signature of Reporter ___