# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 12, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-60496   Jackson Fed of Tchr v. Fitch
                  USDC No. 3:25-CV-417

The court has granted Appellants' unopposed motion for an extension of time to and including January 12, 2026, for filing the Appellants' brief in this case.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  /s/ Dantrell Johnson
                By: _____
                Dantrell L. Johnson, Deputy Clerk
                504-310-7689

Mr. Mohammed Amir Badat
Mr. Justin Lee Matheny
Mr. Robert Bruce McDuff
Mr. Rex Morris Shannon, III
Mr. Anthony M. Shults
Mr. Joshua Tom
Ms. Paloma Wu