No. 25-60496

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

JACKSON FEDERATION OF TEACHERS; BARBARA PHILLIPS, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; JAMES THOMAS, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; DAWN ZIMMERER, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; L. E. JIBOL, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; UNITED CAMPUS WORKERS SOUTHEAST LOCAL 3821; MADISYN DONLEY, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; ALEXIS COBBS, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; KAREN ADERER, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; FOSTERING LGBTQ+ ADVOCACY, RESOURCES, AND ENVIRONMENTS; WOMEN IN SCIENCE AND ENGINEERING; JOY PARIKHA, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; GREG POWELL, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; JAKOB CLARK, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; ASHLEY ROGERS, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED,,

*Plaintiffs - Appellees*

v.

LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI; GEE OGLETREE, IN THEIR OFFICIAL CAPACITY AS PRESIDENT OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; STEVEN CUNNINGHAM, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; AMY ARRINGTON, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; DONALD CLARK, JR., IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; ET AL.,

*Defendants - Appellants*

Appeal from the United States District Court
for the Southern District of Mississippi
No. 3:25-cv-00417-HTW-LGI

## Plaintiffs-Appellees' Unopposed Motion For Extension of Time to File Response Brief

*S/ ROBERT B. MCDUFF*
ROBERT B. MCDUFF
 MS BAR NO. 2532
PALOMA WU
 MS BAR NO. 105464
MISSISSIPPI CENTER FOR JUSTICE
210 E. CAPITOL STREET, STE 1800
JACKSON, MS 39201
601-259-8484
RMCDUFF@MSCENTERFORJUSTICE.ORG
PWU@MSCENTERFORJUSTICE.ORG

*S/ JOSHUA TOM*
JOSHUA TOM
 MS BAR. NO 105392
MCKENNA RANEY
 MS BAR NO. 106330
AYANNA HILL
 MS BAR NO. 106590
AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION, INC.
P.O. BOX 2242
JACKSON, MS 39225
PHONE: (601) 354-3408
JTOM@ACLU-MS.ORG
MRANEY@ACLU-MS.ORG
AHILL1@ACLU-MS.ORG

*S/ AMIR BADAT*
AMIR BADAT
 MS BAR NO. 106599
BADAT LEGAL PLLC
P.O. BOX 15
TOUGALOO, MS 39174
PHONE: 601-462-9592
AMIR.BADAT@GMAIL.COM

*S/ NICOLAS STANOJEVICH*
NICOLAS STANOJEVICH
QUINN, CONNOR, WEAVER,
DAVIES & ROUCO LLP
2 20TH STREET NORTH SUITE 930
BIRMINGHAM, AL 35203
PHONE: (205) 870-9989
NSTANOJEVICH@QCWDR.COM

*COUNSEL FOR PLAINTIFFS-APPELLEES*

# CERTIFICATE OF INTERESTED PERSONS

Undersigned counsel certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

## **Parties**

Plaintiffs-Appellees[1]

1. Jackson Federation of Teachers
2. Barbara Phillips
3. James Thomas
4. Dawn Zimmerer
5. L.E. JiBol
6. United Campus Workers Southeast Local 3821
7. Madisyn Donley
8. Alexis Cobbs
9. Karen Aderer
10. Fostering LGBTQ+ Advocacy, Resources, and Environments
11. Women in Science and Engineering
12. Joy Parikh
13. Greg Powell
14. Jakob Clark
15. Ashley Rogers

---

[1] All individual Plaintiffs proceed individually and on behalf of a class of all others similarly situated.

Defendants-Appellants

16. Lynn Fitch
17. Gee Ogletree
18. Steven Cunningham
19. Amy Arrington
20. Donald Clark, Jr.
21. Ormella Cummings
22. Jerry L. Griffith
23. Jimmy Heidelberg
24. Teresa Hubbard
25. Bruce Martin
26. Hal Parker
27. Gregg Rader
28. Charlie Stephenson
29. John Pigott
30. Cheryl Thurmond
31. Videt Carmichael
32. Donnie Caughman
33. Bubba Hudspeth
34. Dolly Marascalco
35. Johnny McRight
36. Luke Montgomery
37. Will Symmes
38. Dianne Watson
39. Glen East
40. Matt Miller
41. Lance Evans
42. Wendi Barrett

43. Matt Mayo
44. Bill Jacobs
45. Ronnie McGehee
46. Mike Pruitt
47. Billye Jean Stroud
48. Mary Werner
49. March Scoggins
50. Jay Carney
51. Sandra McKiernon
52. Erin Meyer
53. Ben Morgan
54. Candace Robins
55. Jennifer Jackson Whittier

**Counsel**

Counsel for Plaintiffs-Appellees

1. Robert McDuff, Mississippi Center for Justice
2. Paloma Wu, Mississippi Center for Justice
3. Joshua Tom, ACLU of Mississippi
4. Ayanna Hill, ACLU of Mississippi
5. McKenna Raney, ACLU of Mississippi
6. Amir Badat, Badat Legal
7. Richard Rouco, Quinn, Connor, Weaver, Davies & Rouco, LLP
8. Nicolas Stanojevich, Quinn, Connor, Weaver, Davies & Rouco LLP

Counsel for Defendants-Appellants

9. Lisa Reppeto, Mississippi Attorney General's Office
10. Rex Shannon, Mississippi Attorney General's Office
11. Justin Matheny, Mississippi Attorney General's Office

12. Scott Stewart, Mississippi Attorney General's Office
13. Anthony Shults, Mississippi Attorney General's Office
14. Daniel Kim, Mississippi Attorney General's Office

**<u>Judges</u>**

1. U.S. District Judge Henry Wingate
2. Magistrate Judge LaKeysha Greer Isaac

*/s:/ Joshua Tom*
Joshua Tom
Counsel for Plaintiffs-Appellees

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

In accordance with Federal Rules of Appellate Procedure 27 and 31 and Fifth Circuit Rule 31, Plaintiffs-Appellees respectfully move to extend the time to file their Response Brief in this civil appeal by 40 days—to and including March 23, 2026. Counsel for Defendants-Appellants advised that they do not oppose this request.

Plaintiffs-Appellees' Response Brief is currently due on February 11, 2026 after Defendants-Appellants filed their Opening Brief on January 12, 2026, Dkt. 36. To date Plaintiffs-Appellees have not requested an extension in this appeal.

Substantial good cause exists to grant this extension request. Counsel for Plaintiffs-Appellees have significant professional obligations and competing deadlines over the next several weeks. In addition to other matters, counsel are working to conduct a 10-15 day trial set for the weeks of January 26 and February 2, 2026, *Harris v. DeSoto County, Mississippi*, No. 3:24-cv-00289-GHD-RP (N.D. Miss.).

## CONCLUSION

Plaintiffs-Appellees respectfully request that this Court extend the time to file the Response Brief in this appeal by 40 days from

February 11, 2026, to March 23, 2026. Alternatively, Plaintiffs-Appellees respectfully request an extension of 30 days from February 11, 2026, to March 13, 2026.

DATED:  January 16, 2026

Respectfully submitted,

*S/ ROBERT B. MCDUFF*
ROBERT B. MCDUFF
  MS BAR NO. 2532
PALOMA WU
  MS BAR NO. 105464
MISSISSIPPI CENTER FOR JUSTICE
210 E. CAPITOL STREET, STE 1800
JACKSON, MS 39201
601-259-8484
RMCDUFF@MSCENTERFORJUSTICE.ORG
PWU@MSCENTERFORJUSTICE.ORG

*S/ JOSHUA TOM*
JOSHUA TOM
  MS BAR. NO 105392
MCKENNA RANEY
  MS BAR NO. 106330
AYANNA HILL
  MS BAR NO. 106590
AMERICAN CIVIL LIBERTIES UNION
OF MISSISSIPPI FOUNDATION, INC.
P.O. BOX 2242
JACKSON, MS 39225
PHONE: (601) 354-3408
JTOM@ACLU-MS.ORG
MRANEY@ACLU-MS.ORG
AHILL1@ACLU-MS.ORG

*S/ AMIR BADAT*
AMIR BADAT
  MS BAR NO. 106599
BADAT LEGAL PLLC
P.O. BOX 15
TOUGALOO, MS 39174
PHONE: 601-462-9592
AMIR.BADAT@GMAIL.COM

*S/ NICOLAS STANOJEVICH*
NICOLAS STANOJEVICH
QUINN, CONNOR, WEAVER,
DAVIES & ROUCO LLP
2 20TH STREET NORTH SUITE 930
BIRMINGHAM, AL 35203
PHONE: (205) 870-9989
NSTANOJEVICH@QCWDR.COM

*COUNSEL FOR PLAINTIFFS-APPELLEES*

## CERTIFICATE OF CONFERENCE

On November 10, 2025, counsel for Plaintiffs-Appellees conferred with counsel for Defendants-Appellants on this motion pursuant to 5th Circuit Rule 27.4, and counsel for Defendants-Appellants confirmed they do not oppose this motion.

Dated: January 16, 2026

<u>*/s:/ Joshua Tom*</u>
Joshua Tom
Counsel for Plaintiffs-Appellees

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding the exempted parts of the document, it contains 199 words. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally spaced typeface, including serifs, using Microsoft Word, in Century Schoolbook 14-point font.

<u>*/s:/ Joshua Tom*</u>
Joshua Tom
Counsel for Plaintiffs-Appellees

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of January, 2026, I electronically filed the foregoing with the Clerk of the Court using the appellate CM/ECF system. All participants are registered CM/ECF users, and will be served by the appellate CM/ECF system.

*/s:/ Joshua Tom*
Joshua Tom
Counsel for Plaintiffs-Appellees
