# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 20, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-60496    Jackson Fed of Tchr v. Fitch
                     USDC No. 3:25-CV-417

The court has GRANTED IN PART Appellees' unopposed motion for an extension of time to and including March 13, 2026, for filing the Appellees' brief in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Dantrell Johnson*

                  By:_____
                    Dantrell L. Johnson, Deputy Clerk
                    504-310-7689

Mr. Mohammed Amir Badat
Mr. Justin Lee Matheny
Mr. Robert Bruce McDuff
Mr. Rex Morris Shannon, III
Mr. Anthony M. Shults
Mr. Joshua Tom
Ms. Paloma Wu