# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

**Fifth Cir. Case NO.** 25-60496

Jackson Federation of Teachers, et al.    vs.    Lynn Fitch, et al.
(Short Title)

The Clerk will enter my appearance as Counsel for Plaintiffs-Appelles (see attached list)

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**    ☐ Petitioner(s)    ☐ Respondent(s)    ☐ Amicus Curiae

☐ Appellant(s)    ☑ Appellee(s)    ☐ Intervenor

☐ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Richard P. Rouco    rrouco@qcwdr.com
(Signature)    (e-mail address)

Richard P. Rouco    AL  ASB-6182-R76R
(Type or print name)    (State/Bar No.)

Attorney
(Title, if any)

Quinn, Connor, Weaver, Davies and Rouco, LLP
(Firm or Organization)

Address  2 North 20th Street, Ste. 930

City & State Birmingham, AL    Zip 35203

Primary Tel. (205) 870-9989    Cell Phone: (205) 533-2009    (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** _____

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:
 (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
  ☐ Yes    ☑ No
 (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
  ☐ Yes    ☑ No
 (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
  ☐ Yes    ☑ No
 (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

_____

Name of Court or Agency _____

Status of Appeal (if any) _____

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**    DKT-5A REVISED June 2023

Attachment to Entry of Appearance Form

*Jackson Fed of Tchr v. Fitch*, Cause No. 25-60496

Plaintiffs-Appellees represented:

Jackson Federation of Teachers;

Barbara Phillips, Individually and on behalf of a class of all others similarly situated;

James Thomas, Individually and as next friend to minor children, and on behalf of a class of all others similarly situated;

Dawn Zimmerer, Individually and on behalf of a class of all others similarly situated;

L. E. Jibol, Individually and as next friend to minor children, and on behalf of a class of all others similarly situated;

United Campus Workers Southeast Local 3821;

Madisyn Donley, Individually and on behalf of a class of all others similarly situated;

Alexis Cobbs, Individually and on behalf of a class of all others similarly situated;

Karen Aderer, Individually and on behalf of a class of all others similarly situated;

Fostering LGBTQ+ Advocacy, Resources, and Environments;

Women in Science and Engineering;

Joy Parikha, Individually and as next friend to minor children, and on behalf of a class of all others similarly situated;

Greg Powell, Individually and as next friend to minor children, and on behalf of a class of all others similarly situated;

Jakob Clark, Individually and as next friend to minor children, and on behalf of a class of all others similarly situated; and

Ashley Rogers, Individually and as next friend to minor children, and on behalf of a class of all others similarly situated.