No. 25-60496

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

JACKSON FEDERATION OF TEACHERS; BARBARA PHILLIPS, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; JAMES THOMAS, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; DAWN ZIMMERER, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; L. E. JIBOL, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; UNITED CAMPUS WORKERS SOUTHEAST LOCAL 3821; MADISYN DONLEY, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; ALEXIS COBBS, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; KAREN ADERER, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; FOSTERING LGBTQ+ ADVOCACY, RESOURCES, AND ENVIRONMENTS; WOMEN IN SCIENCE AND ENGINEERING; JOY PARIKHA, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; GREG POWELL, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; JAKOB CLARK, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; ASHLEY ROGERS, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED,
*Plaintiffs-Appellees*,

*v.*

LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI; GEE OGLETREE, IN THEIR OFFICIAL CAPACITY AS PRESIDENT OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; STEVEN CUNNINGHAM, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; AMY ARRINGTON, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; DONALD CLARK, JR., IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; ET AL.,
*Defendants-Appellants*.

Appeal from the United States District Court
for the Southern District of Mississippi
No. 3:25-cv-00417-HTW-LGI

## DEFENDANTS-APPELLANTS' UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE REPLY BRIEF

LYNN FITCH
  *Attorney General*
SCOTT G. STEWART
  *Solicitor General*
JUSTIN L. MATHENY
ANTHONY M. SHULTS
  *Deputy Solicitors General*
DANIEL KIM
  *Assistant Solicitor General*
MISSISSIPPI ATTORNEY
  GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
Email: justin.matheny@ago.ms.gov
*Counsel for Defendants-Appellants*

## CERTIFICATE OF INTERESTED PERSONS

Under this Court's Rule 28.2.1, governmental parties need not furnish a certificate of interested persons.

*s/ Justin L. Matheny*
Justin L. Matheny
*Counsel for Defendants-Appellants*

## UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE REPLY BRIEF

In accordance with Federal Rules of Appellate Procedure 27 and 31 and Fifth Circuit Rule 31, defendants-appellants respectfully move to extend the time to file their reply brief in this civil appeal by 14 days—to and including April 17, 2026. Counsel for plaintiffs-appellees advised that they do not oppose this request.

On November 12, 2025, this Court granted defendants-appellants an unopposed 40-day extension to file their opening brief. Dkt. 35. And on January 20, 2026, this Court granted plaintiffs-appellees an unopposed 30-day extension to file their response brief. Dkt. 42. Plaintiffs-appellees filed their response brief on March 13, 2026. Dkt. 49. Defendants-appellants' reply brief is currently due on April 3, 2026.

Substantial good cause exists to grant this extension request. Counsel for defendants-appellants have significant professional obligations and competing deadlines over the next several weeks. In addition to other matters, counsel will be presenting argument in two merits cases before the U.S. Supreme Court, *Watson v. RNC*, No. 24-1260 (S. Ct.; argument set for Mar. 23. 2026), and *Pitchford v. Cain*, No. 24-7351 (S. Ct.; argument set for Mar. 31, 2026); preparing for oral argument in *Knighton v. Benton County*, No. 25-60383 (5th Cir.); and preparing briefs in opposition to certiorari in *Clark v. Mississippi*, No. 25-6846 (S. Ct.), and *Abram v. Mississippi*, No. 25-6862 (S. Ct.). Moreover,

1

counsel anticipates that multiple amicus briefs will be filed in support of plaintiffs-appellees in this appeal, which will require additional consideration as counsel prepares the reply brief.

## CONCLUSION

Defendants-appellants respectfully request that this Court extend the time to file the reply brief in this appeal by 14 days from April 3, 2026, to April 17, 2026.

Respectfully submitted,

LYNN FITCH
  *Attorney General*

*s/ Justin L. Matheny*

SCOTT G. STEWART
  *Solicitor General*
JUSTIN L. MATHENY
ANTHONY M. SHULTS
  *Deputy Solicitors General*
DANIEL KIM
  *Assistant Solicitor General*
MISSISSIPPI ATTORNEY
  GENERAL'S OFFICE
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
Email: justin.matheny@ago.ms.gov

*Counsel for Defendants-Appellants*

March 18, 2026

## CERTIFICATE OF CONFERENCE

On March 17, 2026, counsel for defendants-appellants conferred with counsel for plaintiffs-appellees on this motion. *See* 5th Cir. R. 27.4. Counsel for plaintiffs-appellees advised that they do not oppose this motion.

Dated: March 18, 2026

*s/ Justin L. Matheny*
Justin L. Matheny
*Counsel for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding the exempted parts of the document, it contains 287 words. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally spaced typeface, including serifs, using Microsoft Word 2016, in Century Schoolbook 14-point font.

Dated: March 18, 2026

*s/ Justin L. Matheny*
Justin L. Matheny
*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I, Justin L. Matheny, hereby certify that the foregoing motion has been filed with the Clerk of Court using the Court's electronic filing system, which sent notification of such filing to all counsel of record.

Dated: March 18, 2026

*s/ Justin L. Matheny*
Justin L. Matheny
*Counsel for Defendants-Appellants*
