**No. 25-60496**

# In the United States Court of Appeals for the Fifth Circuit

JACKSON FEDERATION OF TEACHERS; BARBARA PHILLIPS, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; JAMES THOMAS, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; DAWN ZIMMERER, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; L. E. JIBOL, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; UNITED CAMPUS WORKERS SOUTHEAST LOCAL 3821; MADISYN DONLEY, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; ALEXIS COBBS, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; KAREN ADERER, INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; FOSTERING LGBTQ+ ADVOCACY, RESOURCES, AND ENVIRONMENTS; WOMEN IN SCIENCE AND ENGINEERING; JOY PARIKHA, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; GREG POWELL, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; JAKOB CLARK, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED; ASHLEY ROGERS, INDIVIDUALLY AND AS NEXT FRIEND TO MINOR CHILDREN, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED,
*Plaintiffs-Appellees,*

v.

LYNN FITCH, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MISSISSIPPI; GEE OGLETREE, IN THEIR OFFICIAL CAPACITY AS PRESIDENT OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; STEVEN CUNNINGHAM, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; AMY ARRINGTON, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; DONALD CLARK, JR., IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; ET AL.,
*Defendants-Appellants,*

On Appeal from the United States District Court for the Southern District of Mississippi, No. 3:25-cv-00417 (Wingate, J.)

**UNOPPOSED MOTION FOR LEAVE TO FILE
BRIEF OF *AMICUS CURIAE* NATIONAL CENTER
FOR YOUTH LAW IN SUPPORT OF APPELLEES**

(*Counsel Listed on Inside Cover*)

DAVID HINOJOSA
ALYSSA WILSON*
NATIONAL CENTER FOR YOUTH LAW
818 Connecticut Ave NW, Ste. 425
Washington, D.C. 20006
dhinojosa@youthlaw.org
awilson@youthlaw.org
(510) 835-8098
* Fifth Circuit Application
Forthcoming

JILL BOGGS
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, D.C. 20001
jill.boggs@stblaw.com
(202) 636-5917

AMY H. CANDIDO
   *Counsel of Record*
SIMPSON THACHER & BARTLETT LLP
One Market Plaza, Suite 3800
San Francisco, California 94105
amy.candido@stblaw.com
(415) 426-7250

TIMOTHY J. CONKLIN
SIMPSON THACHER & BARTLETT LLP
855 Boylston Street, 9th Floor
Boston, Massachusetts 02116
timothy.conklin@stblaw.com
(617) 778-9018

MARISSA BUCCI
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
marissa.bucci@stblaw.com
(212) 455-7102

*Counsel for Amici Curiae National Center for Youth Law*

## CERTIFICATE OF INTERESTED PERSONS

**Case No. 25-60496,** *Jackson Federation of Teachers et al. v. Lynn Fitch et al.*

The undersigned counsel of record certifies that the following listed persons and entities, as described in Fifth Circuit Rule 29.2, 28.2.1, have an interest in the amicus brief:

| *Plaintiffs-Appellees* | *Counsel for Plaintiffs-Appellees* |
|---|---|
| Jackson Federation of Teachers | Mohammed Amir Badat |
| Barbara Phillips, Individually and on behalf of a class of all others similarly situated | BADAT LEGAL, P.L.L.C.<br><br>Robert Bruce McDuff |
| James Thomas, Individually and as next friend to minor children and on behalf of a class of all others similarly situated | MCDUFF LAW<br><br>Joshua Tom |
| Dawn Zimmerer, Individually and on behalf of a class of all others similarly situated | McKenna Raney<br>Ayanna Hill<br>Brendan Hopkins |
| L.E. Jibol, Individually and as next friend to minor children and on behalf of a class of all others similarly situated | AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI |
| United Campus Workers Southeast Local 38221 | Paloma Wu<br>MISSISSIPPI CENTER FOR JUSTICE |
| Madisyn Donley, Individually and on behalf of a class of all others similarly situated | Nicolas Stanojevich<br>Richard Paul Rouco |
| Alexis Cobbs, Individually and on behalf of a class of all others similarly situated | Andrew Hull<br>QUINN, CONNOR, WEAVER, DAVIES & ROUCO LLP |
| Karen Aderer, Individually and on behalf of a class of all others similarly situated | |
| Fostering LGBTQ+ Advocacy, Resources, and Environments | |
| Women in Science and Engineering | |

1

| | |
|---|---|
| Joy Parikha, Individually and as next friend to minor children and on behalf of a class of all others similarly situated | |
| Greg Powell, Individually and as next friend to minor children and on behalf of a class of all others similarly situated | |
| Jakob Clark, Individually and as next friend to minor children and on behalf of a class of all others similarly situated | |
| Ashley Rogers, Individually and as next friend to minor children and on behalf of a class of all others similarly situated | |

| *Defendants-Appellants* | *Counsel for Defendants-Appellants* |
|---|---|
| Lynn Fitch, in her official capacity as Attorney General of Mississippi | Lynn Fitch |
| Gee Ogletree, in their official capacity as President of the Board of Trustees of State Institutions of Higher Learning | Scott G. Stewart<br>Justin Lee Matheny<br>Anthony M. Shults<br>Daniel Kim |
| Steven Cunningham, in their official capacities as Members of the Board of Trustees of State Institutions of Higher Learning | Rex Morris Shannon, III<br>Lisa A. Repetto<br>MISSISSIPPI ATTORNEY GENERAL'S OFFICE |
| Amy Arrington, in their official capacities as Members of the Board of Trustees of State Institutions of Higher Learning | |
| Donald Clark, Jr., in their official capacities as Members of the Board of Trustees of State Institutions of Higher Learning | |

| *Judges* |
|---|
| District Judge Henry T. Wingate<br>Magistrate Judge LaKeysha Greer Isaac |

| *Amicus Curiae* | *Counsel for Amicus Curiae* |
|---|---|
| National Center for Youth Law | Amy H. Candido<br>Timothy J. Conklin<br>Marissa Bucci<br>Jill Boggs<br>SIMPSON THACHER & BARTLETT LLP<br><br>David Hinojosa<br>Alyssa Wilson<br>NATIONAL CENTER FOR YOUTH LAW |

Respectfully Submitted,

*/s/ Amy H. Candido*

AMY H. CANDIDO
SIMPSON THACHER & BARTLETT LLP
One Market Plaza, Suite 3800
San Francisco, California 94105
amy.candido@stblaw.com
(415) 426-7250

3

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Fifth Circuit Rule 29.1, the National Center for Youth Law (NCYL) respectfully requests leave to file the attached amicus brief in support of Plaintiffs-Appellees.  In support of this request, amici submit the following:

1. NCYL is a private, non-profit organization that advocates for young people in need nationwide.

2. NCYL is interested in ensuring that young people's First Amendment rights are protected, particularly in K-12 education.

3. Given their experience and expertise, NCYL is well positioned to explain why the challenged legislation in this case will violate students' constitutional rights and harm their development as democratic citizens.  The proposed *amicus* brief highlights how the challenged legislation will be applied in the K-12 public-school setting and why the legislation violates the precedent that governs that context.

4. This motion and brief are timely filed under Federal Rule of Appellate Procedure 29(b)(5) because they are filed within 7 days of the filing of Appellees' brief on March 13, 2026.

WHEREFORE, NCYL seeks leave to file the attached amicus brief in support of Plaintiffs-Appellees.

Respectfully submitted,

*/s/ Amy H. Candido*
AMY H. CANDIDO
SIMPSON THACHER & BARTLETT LLP
One Market Plaza, Suite 3800
San Francisco, California 94105
amy.candido@stblaw.com
(415) 426-7250

TIMOTHY J. CONKLIN
SIMPSON THACHER & BARTLETT LLP
855 Boylston Street, 9th Floor
Boston, Massachusetts 02116
timothy.conklin@stblaw.com
(617) 778-9018

MARISSA BUCCI
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
marissa.bucci@stblaw.com
(212) 455-7102

JILL BOGGS
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, D.C. 20001
jill.boggs@stblaw.com
(202) 636-5917

DAVID HINOJOSA
ALYSSA WILSON
NATIONAL CENTER FOR YOUTH LAW
818 Connecticut Ave NW, Ste. 425
Washington, D.C. 20006
dhinojosa@youthlaw.org
awilson@youthlaw.org
(510) 835-8098

## CERTIFICATE OF COMPLIANCE

I certify that (1) this Motion was prepared in 14-point Times New Roman font using Microsoft Word software, (2) this Motion is 182 words, excluding the exempted words by the rules of court, and (3) this Motion has been scanned for viruses and is virus-free. Counsel further certifies that any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13.

*/s/ Amy Candido*
Amy Candido

## CERTIFICATE OF CONFERENCE

The undersigned counsel for amici has communicated with Justin Matheny, counsel for Appellants, and Joshua Tom, counsel for Appellees. Both counsel are unopposed to the filing of the Brief of Amicus Curiae National Center for Youth Law in Support of Plaintiffs-Appellees.

*/s/ Amy Candido*
Amy Candido

6

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, I electronically filed the foregoing

document using the Court's CM/ECF system, which will send notification of such

filing to all registered users, via electronic mail

*/s/ Amy Candido*
Amy Candido