# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 24, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-60496   Jackson Fed of Tchr v. Fitch
                   USDC No. 3:25-CV-417


The court has granted an extension of time to and including April 20, 2026 for filing a reply brief in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *S. Rasheed*

                    By: _____
                    Shatyra Rasheed, Deputy Clerk
                    504-310-7646

Mr. Mohammed Amir Badat
Mr. David Lamar Calder
Ms. Amy Candido
Mr. Timothy Conklin
Ms. Ayanna Denise Hill
Mr. Brendan Hopkins
Mr. Justin Lee Matheny
Mr. Robert Bruce McDuff
Ms. McKenna Raney-Gray
Mr. Richard Paul Rouco
Mr. Rex Morris Shannon III
Mr. Anthony M. Shults
Mr. Joshua Tom
Ms. Paloma Wu