# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 30, 2026

Mr. David Lamar Calder
Law Office of David Calder
3330 Whippoorwill Lane
Oxford, MS 38655

Ms. Amy Candido
Simpson Thacher & Bartlett, L.L.P.
2475 Hanover Street
Palo Alto, CA 94304

Mr. Justin Lee Matheny
Mississippi Attorney General's Office
550 High Street
Suite 1200
Jackson, MS 39201

Mr. Joshua Tom
American Civil Liberties Union
of Mississippi
P.O. Box 2242
Jackson, MS 39225-2242

    No. 25-60496   Jackson Fed of Tchr v. Fitch
                USDC No. 3:25-CV-417

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red.

<mark>Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.</mark>

<mark>Please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header.  **Do not submit paper copies without a filing header.**</mark>

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Olivia G. Andry, Deputy Clerk

cc:
Mr. Mohammed Amir Badat
Mr. Timothy Conklin
Ms. Ayanna Denise Hill
Mr. Brendan Hopkins
Mr. Robert Bruce McDuff
Ms. McKenna Raney
Mr. Richard Paul Rouco
Mr. Rex Morris Shannon III
Mr. Anthony M. Shults
Ms. Paloma Wu