# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 19, 2026

TO COUNSEL LISTED BELOW:

    No. 25-60496     Jackson Fed of Tchr v. Fitch

Dear Counsel:

Due to a scheduling conflict this case will not be scheduled during the week of 08/03/2026, as previously advised.

It will be scheduled during the week of **08/31/2026**.  Please mark your calendar accordingly.

Very truly yours,

LYLE W. CAYCE, Clerk

By:_____
Charles B. Whitney
Calendar Clerk
504-310-7679

Mr. David Lamar Calder
Ms. Amy Candido
Mr. Timothy Conklin
Ms. Ayanna Denise Hill
Mr. Brendan Hopkins
Mr. Justin Lee Matheny
Mr. Robert Bruce McDuff
Ms. McKenna Raney
Mr. Richard Paul Rouco
Mr. Anthony M. Shults
Mr. Joshua Tom