# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 21, 2026

Mr. Robert Bruce McDuff
767 N. Congress Street
Jackson, MS 39202-0000

Mr. Anthony M. Shults
Office of the Attorney General
for the State of Mississippi
550 High Street
Walter Sillers Building
Jackson, MS 39201

No. 25-60496 Jackson Fed of Tchr v. Fitch
USDC No. 3:25-CV-417

Dear Counsel,

At oral argument, the attorneys should be prepared to address whether, especially in light of the use of AI by the district court, this matter should be *sua sponte* assigned to a different district judge.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________________
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
- Mr. Mohammed Amir Badat
- Mr. David Lamar Calder
- Ms. Amy Candido
- Mr. Timothy Conklin
- Ms. Ayanna Denise Hill
- Mr. Brendan Hopkins
- Mr. Arthur S. Johnston III
- Mr. Justin Lee Matheny
- Ms. McKenna Raney
- Mr. Richard Paul Rouco
- Mr. Rex Morris Shannon III
- Mr. Joshua Tom
- Ms. Paloma Wu