# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* ***Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).***

**Fifth Cir. Case NO.** 25-60496

Jackson Fed of Tchr vs. Fitch

(Short Title)

The Clerk will enter my appearance as Counsel for All Defendants-Appellants (see attached list)

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**

☐ Petitioner(s) ☐ Respondent(s) ☐ Amicus Curiae

☑ Appellant(s) ☐ Appellee(s) ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s Scott G. Stewart (Signature)

scott.stewart@ago.ms.gov (e-mail address)

Scott G. Stewart (Type or print name)

MS/106359 (State/Bar No.)

Solicitor General (Title, if any)

Mississippi Attorney General's Office (Firm or Organization)

Address 550 High Street, Post Office Box 220

City & State Jackson, MS Zip 39205

Primary Tel. 601-359-3680 Cell Phone: ____________ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Justin Lee Matheny

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?

☐ Yes ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

☐ Yes ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

☐ Yes ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case Preliminary Injunction

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Name of Court or Agency ____________

Status of Appeal (if any) ____________

Other Status (if not appealed) ____________

**NOTE: Attach sheet to give further details**.

**Attachment to Entry of Appearance Form**
***Jackson Fed of Tchr v. Fitch*, Fifth Circuit No. 25-60496**

Defendants-Appellants represented:

Lynn Fitch, in her official capacity as Attorney General of Mississippi;

Gee Ogletree, in his official capacity as President of the Board of Trustees of State Institutions of Higher Learning;

Steven Cunningham, Amy Arrington, Donald Clark, Jr., Ormella Cummings, Jerry L. Griffith, Jimmy Heidelberg, Teresa Hubbard, Bruce Martin, Hal Parker, Gregg Rader, and Charlie Stephenson, all in their official capacities as members of the Board of Trustees of State Institutions of Higher Learning;

John Pigott, in his official capacity as chair of the Mississippi Community College Board;

Cheryl Thurmond, Videt Carmichael, Donnie Caughman, Bubba Hudspeth, Dolly Marascalco, Johnny McRight, Luke Montgomery, Will Symmes, and Dianne Watson, all in their official capacities as members of the Mississippi Community College Board;

Glen East, in his official capacity as chair of the Mississippi State Board of Education;

Matt Miller, Lance Evans, Wendi Barrett, Matt Mayo, Bill Jacobs, Ronnie McGehee, Mike Pruitt, Billye Jean Stroud, and Mary Werner, all in their official capacities as members of the Mississippi State Board of Education;

Marcy Scoggins, in her official capacity as Chair of the Mississippi Charter School Authorizer Board; and

Jay Carney, Sandra McKiernon, Erin Meyer, Ben Morgan, Candace Robins, and Jennifer Jackson Whittier, all in their official capacities as members of the Mississippi Charter School Authorizer Board