# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 22, 2026

Thomas B. Plunkett, III
Clerk

---

No. 25-60496

---

JACKSON FEDERATION OF TEACHERS; BARBARA PHILLIPS, *Individually and on behalf of a class of all others similarly situated*; JAMES THOMAS, *Individually and as next friend to minor children, and on behalf of a class of all others similarly situated*; DAWN ZIMMERER, *Individually and on behalf of a class of all others similarly situated*; L. E. JIBOL, *Individually and as next friend to minor children, and on behalf of a class of all others similarly situated*; UNITED CAMPUS WORKERS SOUTHEAST LOCAL 3821; MADISYN DONLEY, *Individually and on behalf of a class of all others similarly situated*; ALEXIS COBBS, *Individually and on behalf of a class of all others similarly situated*; KAREN ADERER, *Individually and on behalf of a class of all others similarly situated*; FOSTERING LGBTQ+ ADVOCACY, RESOURCES, and ENVIRONMENTS; WOMEN IN SCIENCE AND ENGINEERING; JOY PARIKHA, *Individually and as next friend to minor children, and on behalf of a class of all others similarly situated*; GREG POWELL, *Individually and as next friend to minor children, and on behalf of a class of all others similarly situated*; JAKOB CLARK, *Individually and as next friend to minor children, and on behalf of a class of all others similarly situated*; ASHLEY ROGERS, *Individually and as next friend to minor children, and on behalf of a class of all others similarly situated*,

*Plaintiffs—Appellees*,

*versus*

LYNN FITCH, *in her official capacity as Attorney General of Mississippi*; GEE OGLETREE, *in their official capacity as President of the Board of Trustees of* STATE INSTITUTIONS OF HIGHER LEARNING; STEVEN CUNNINGHAM, *in their official capacities as Members of the Board of Trustees of* STATE INSTITUTIONS OF HIGHER LEARNING; AMY ARRINGTON, *in their official capacities as Members of the Board of Trustees of*

STATE INSTITUTIONS OF HIGHER LEARNING; DONALD CLARK, JR., *in their official capacities as Members of the Board of Trustees of* STATE INSTITUTIONS OF HIGHER LEARNING; ET AL.,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:25-CV-417

---

## JUDGMENT

Before SMITH, HAYNES, and ENGELHARDT, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the preliminary injunction is VACATED, and this matter is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. The Chief Judge of the Southern District of Mississippi is DIRECTED to assign this case to a different district judge for all further proceedings.

IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

UNITED STATES COURT OF APPEALS FIFTH CIRCUIT



**Certified as a true copy and issued as the mandate on Nov 12, 2026**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**